**IN THE SUPREME COURT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE:  REESTABLISHMENT OF THE | : | NO. 473 |
| MAGISTERIAL DISTRICTS WITHIN THE | : | |
| 20th JUDICIAL DISTRICT OF THE | : | MAGISTERIAL RULES DOCKET |
| COMMONWEALTH OF PENNSYLVANIA | : | |

## ORDER

**PER CURIAM**

**AND NOW**, this 11th day of May 2022, upon consideration of the Petition to Reestablish the Magisterial Districts of the 20th Judicial District (Huntingdon County) of the Commonwealth of Pennsylvania, it is hereby ORDERED AND DECREED that the Petition, which provides for the reestablishment of Magisterial District 20-3-04 within Huntingdon County as it currently exists, to be effective immediately, is granted; and that the Petition, which provides for the realignment of Magisterial Districts 20-3-01 and 20-3-02, within Huntingdon County, to be effective October 4, 2022, is granted.

Said Magisterial Districts will be reestablished as follows:

Magisterial District 20-3-01
Magisterial District Judge Douglas L. Gummo

Alexandria Borough
Birmingham Borough
Marklesburg Borough
Petersburg Borough
Barree Township
Franklin Township
Hopewell Township
Jackson Township
Lincoln Township
Logan Township
Miller Township
Morris Township
Oneida Township
Penn Township

Porter Township
Spruce Creek Township
Walker Township
Warriors Mark Township
West Township

Magisterial District 20-3-02
Magisterial District Judge Rufus S. Brenneman

Huntingdon Borough
Mapleton Borough
Mill Creek Borough
Brady Township
Henderson Township
Juniata Township
Smithfield Township
Union Township

Magisterial District 20-3-04
Magisterial District Judge Lisa M. Covert

Broad Top City Borough
Cassville Borough
Coalmont Borough
Dudley Borough
Mount Union Borough
Orbisonia Borough
Rockhill Furnace Borough
Saltillo Borough
Shade Gap Borough
Shirleysburg Borough
Three Springs Borough
Carbon Township
Cass Township
Clay Township
Cromwell Township
Dublin Township
Shirley Township
Springfield Township
Tell Township
Todd Township
Wood Township